**Fill in this information to identify the case:**

**Debtor name:** Movie Grill Concepts XV, LLC

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 20-32655

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MV EPICENTRE II LLC and Epicentre SPE (Charlotte), LLC c/o Mount Vernon Asset Management, LLC Attn: Geoffrey M. Curme 2125 Southend Drive Suite 253 Charlotte NC 28203 | Sonya Petty spetty@cimgroup.com Tel: (469) 687-4303 | Leased property Landlord | ☐ C ☐ U ☐ D | $391,147.00 | $0.00 | $391,147.00 |
| 2 | Brady Trane Service, Inc PO Box 13587 Greensboro NC 27415-3587 | Kristie Blankenship Blankenship, Kristiekristie.blankenship@bradyservices.com Tel: (336) 378-0670 | | ☐ C ☐ U ☐ D | | | $6,283.78 |
| 3 | Chandler Signs, LLC 14201 SOVEREIGN ROAD STE 101 FORT WORTH TX 76155 | Justin L. Barnabee JBarnabee@chandlersigns.com Tel: (214) 902-2000 | | ☐ C ☐ U ☐ D | | | $5,362.50 |
| 4 | Budget Truck Rental 16449 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 | Rose Miller rose.miller@avisbudget.com Tel: (888) 840-4998 | | ☐ C ☐ U ☐ D | | | $2,528.44 |
| 5 | ARC BEST PO BOX 10048 FORT SMITH AR 72917-0048 | John Pollard jpollard@arcb.com Tel: (479) 785-6482 | | ☐ C ☐ U ☐ D | | | $2,335.07 |
| 6 | LONG RANGE SYSTEMS 1155 Kass Drive Ste. 150 Richardson TX 75081 | Melissa Campbell mcampbell@lrsus.com Tel: (800) 437-4996 | | ☐ C ☐ U ☐ D | | | $2,217.95 |

Debtor **Movie Grill Concepts XV, LLC** Case number *(if known)* **20-32655**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | EMBEDDED PROCESSOR DESIGNS INC. 1301 SAND HILL RD. BLDG 300 CANDLER NC 28715 | Borden S. Borden bborden@epdesignsinc.com Tel: (828) 665-6781 | | ☐ C ☐ U ☐ D | | | $2,003.65 |
| 8 | SMI INVESTMENST LLC PO Box 540017 Atlanta GA 30353-0017 | | | ☐ C ☐ U ☐ D | | | $1,968.00 |
| 9 | POWEROUT 6630 EAST WT HARRIS BLVD STE J CHARLOTTE NC 28215 | Derrick poweroutllc@gmail.com Tel: (980) 819-1771 | | ☐ C ☐ U ☐ D | | | $1,875.00 |
| 10 | AUTHORIZED COMMERCIAL EQUIPMENT SERVICE 1020 TUCKASEEGEE ROAD CHARLOTTE NC 28208 | Customer Service charlotteservice@authorizedinc.com Tel: (704) 350-3102 | | ☐ C ☐ U ☐ D | | | $1,507.05 |
| 11 | HOSHIZAKI SOUTHCENTRAL DC INC. ACCOUNTS RECIEVABLE 15121 FRYE ROAD FORT WORTH TX 76155 | Kelly Marincik KAMarincik@hoshizaki.com Tel: (817) 540-4665 | | ☐ C ☐ U ☐ D | | | $1,080.00 |
| 12 | RIZON RESTAURANT SERVICES INC 1660 KATY LANE FORT MILL SC 29708 | Matthew Richey mrichey@rizoninc.com Tel: (866) 789-6229 | | ☐ C ☐ U ☐ D | | | $1,058.93 |
| 13 | CHARLOTTE ALARM MANAGEMENT PO BOX 602486 CHARLOTTE NC 28260 | Tel: (877) 893-5269 | | ☐ C ☐ U ☐ D | | | $1,000.00 |
| 14 | Anchor Security & Locksmith LLC PO Box 3444 Mooresville NC 28117 | Daniel B invoices@anchorsl.com Tel: (704) 987-1539 | | ☐ C ☐ U ☐ D | | | $983.47 |
| 15 | HOTSCHEDULES.COM 3440 Preston Ridge Rd Ste 650 Alpharetta GA 30005 | Danny Matthews danny.matthews@hotschedules.com Tel: 512-982-5542 | | ☐ C ☐ U ☐ D | | | $826.50 |
| 16 | SCENTAIR TECHNOLOGIES LLC 3810 SHUTTERFLY RD STE 900 CHARLOTTE NC 28217-3071 | Beverly Jonas bjonas@scentair.com Tel: (704) 504-2320 | | ☐ C ☐ U ☐ D | | | $749.68 |
| 17 | PeopleReady Inc 1720 N Josey Lane Suite 108 Carrollton TX 75006 | Carlos Ortiz cortiz@commercialcollection.com Tel: (972) 418-0387 | | ☐ C ☐ U ☐ D | | | $699.65 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 2

Debtor  **Movie Grill Concepts XV, LLC**  Case number *(if known)* **20-32655**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | MICHAEL FISCHER<br>562 PLANTATION BLVD<br>LAWERENCEVILLE GA 30046 | MICHAEL FISCHER<br>Fischers.construction@yahoo.com<br>Tel: 703-869-5662 | | ☐ C<br>☐ U<br>☐ D | | | $557.52 |
| 19 | Hollywood Software Inc.<br>5000 VAN NUYS BLVD<br>SUITE 460<br>SHERMAN OAKS CA 91403 | Susan Lu<br>stlu@comscore.com<br>Tel: (818) 961-0817 | | ☐ C<br>☐ U<br>☐ D | | | $551.64 |
| 20 | Alsco<br>ATTN: CORP ACCTS DEPT<br>505 EAST 200 SOUTH<br>SALT LAKE CITY UT 84102 | Diane Webster<br>Diane Websterdwebster@alsco.com<br>Tel: (302) 322-2136 | | ☐ C<br>☐ U<br>☐ D | | | $539.40 |
| 21 | FOSTER CAVINESS CO. INC<br>PO BOX 744739<br>ATLANTA GA 30374-4739 | Debra Fitzgerald Smith<br>dfitzgerald-smith@foster-caviness.com<br>Tel: (336) 662-0571 | | ☐ C<br>☐ U<br>☐ D | | | $389.39 |

**Fill in this information to identify the case and this filing:**

Debtor name: Movie Grill Concepts XV, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 20-32655

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/02/2020
MM/DD/YYYY

X _____[signature]_____
Signature of individual signing on behalf of debtor

William Snyder
Printed name

CRO
Position or Relationship to Debtor